# Notice Recipients

District/Off: 0315−2           User: bsil           Date Created: 8/30/2019
Case: 19−23357−TPA            Form ID: 309A        Total: 73

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Robert A. Wade | 1484 Gabby Avenue | Washington, PA 15301 |
| jdb | Melissa K. Wade | 1484 Gabby Avenue | Washington, PA 15301 |
| ust | Office of the United States Trustee | Liberty Center. 1001 Liberty Avenue, Suite 970 | Pittsburgh, PA 15222 |
| tr | Pamela J. Wilson | 810 Vermont Avenue | Pittsburgh, PA 15234 |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| aty | Christopher M. Frye | Steidl & Steinberg Suite 2830 Gulf Tower 707 Grant Street | Pittsburgh, PA 15219 |
| smg | Pennsylvania Dept. of Revenue | Department 280946 P.O. Box 280946 ATTN: BANKRUPTCY DIVISION | Harrisburg, PA 17128−0946 |
| 15111456 | Amazon | c/o Synchrony Bank PO Box 960013 | Orlando, FL 32896−0013 |
| 15111457 | Amazon | c/o Synchrony Bank PO Box 960013 | Orlando, FL 32896−0013 |
| 15111459 | Bank of America | 4909 Savarese Circle Fl1−908−01−50 | Tampa, FL 33634 |
| 15111458 | Bank of America | Po Box 982238 | El Paso, TX 79998 |
| 15111460 | Barclays Delaware | PO Box 13337 | Philadelphia, PA 19101−3337 |
| 15111461 | Best Buy Credit Services | PO Box 78009 | Phoenix, AZ 85062−8009 |
| 15111462 | Best Buy Credit Services | PO Box 78009 | Phoenix, AZ 85062−8009 |
| 15111463 | Capital One | PO Box 71083 | Charlotte, NC 28272−1083 |
| 15111464 | Capital One | PO Box 71083 | Charlotte, NC 28272−1083 |
| 15111465 | Capital One | PO Box 71083 | Charlotte, NC 28272−1083 |
| 15111466 | Capital One | PO Box 71083 | Charlotte, NC 28272−1083 |
| 15111468 | Card Member Service | PO Box 14223 | Charlotte, NC 28201−1423 |
| 15111467 | Card Member Service | PO Box 1423 | Charlotte, NC 28201−1423 |
| 15111470 | Chase Card Services | Attn: Bankruptcy Po Box 15298 | Wilmington, DE 19850 |
| 15111469 | Chase Card Services | Po Box 15369 | Wilmington, DE 19850 |
| 15111471 | Chrome FCU | PO Box 658 | Canonsburg, PA 15317 |
| 15111472 | Chrome FCU | PO Box 658 | Canonsburg, PA 15317 |
| 15111473 | Discover Bank | PO Box 742655 | Cincinnati, OH 45274−2655 |
| 15111474 | Discover Bank | PO Box 742655 | Cincinnati, OH 45274−2655 |
| 15111475 | Ford Motor Credit Company | PO Box 105704 | Atlanta, GA 30348 |
| 15111476 | Ford Motor Credit Company | PO Box 105704 | Atlanta, GA 30348 |
| 15111477 | Home Depot Credit Services | PO Box 9001010 | Louisville, KY 40290−1010 |
| 15111478 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 |
| 15111479 | JC Penney | c/o Synchrony Bank PO Box 960090 | Orlando, FL 32896−0090 |
| 15111480 | Legendary Pine MC | c/o Comenity Bank PO Box 659569 | San Antonio, TX 78265−9569 |
| 15111481 | Lendmark Financial Services | 12 A Old Mill Blvd | Washington, PA 15301 |
| 15111482 | Lowes | c/o Synchrony Bank PO Box 530914 | Atlanta, GA 30353−0914 |
| 15111483 | Macys | PO Box 8218 | Mason, OH 45040 |
| 15111484 | Mariner Finance | 8211 Town Center Dr | Nottingham, MD 21236 |
| 15111485 | One Main Financial | 170 Greene Plz | Waynesburg, PA 15370−8142 |
| 15111486 | One Main Financial | 601 NW 2nd Street Attn: Bankruptcy | Evansville, IN 47708−1013 |
| 15111487 | OneMain Financial | Po Box 1010 | Evansville, IN 47706 |
| 15111488 | PA Department of Revenue | Bankruptcy Division P.O. Box 280946 | Harrisburg, PA 17128 |
| 15111489 | Patenaude & Felix, A.P.C. | 501 Corporate Drive Southpointe Center Suite 205 Attn: Gregg Lawrence Morris, Esq. | Canonsburg, PA 15317 |
| 15111490 | Paypal Credit | PO Box 71202 | Charlotte, NC 28272−1202 |
| 15111491 | PennCredit Corporation | 916 S 14th St. PO Box 988 | Harrisburg, PA 17108−0988 |
| 15113608 | Pennsylvania Department of Revenue | Bankruptcy Division, PO Box 280946 | Harrisburg PA 17128−0946 |
| 15111492 | Portfolio Recovery | 150 Corporate Blvd | Norfolk, VA 23502 |
| 15111493 | Portfolio Recovery | 150 Corporate Blvd | Norfolk, VA 23502 |
| 15111494 | Portfolio Recovery | 150 Corporate Blvd | Norfolk, VA 23502 |
| 15111495 | Portfolio Recovery | Attn: Bankruptcy 120 Corporate Blvd | Norfolk, VA 23502 |
| 15111496 | Portfolio Recovery | Attn: Bankruptcy 120 Corporate Blvd | Norfolk, VA 23502 |
| 15111497 | Premiere Bank Card | 3820 North Louis Ave | Sioux Falls, SD 57107−0145 |
| 15111498 | Sam's Club | PO Box 530942 | Atlanta, GA 30353 |
| 15111499 | Shellpoint Mortgage Servicing | PO Box 619063 | Dallas, TX 75261−9063 |
| 15111500 | Synchrony Bank | PO Box 960061 | Orlando, FL 32896−0061 |
| 15111501 | Synchrony Bank | PO Box 960061 | Orlando, FL 32896−0061 |
| 15111502 | Synchrony Bank | PO Box 960061 | Orlando, FL 32896−0061 |
| 15111503 | Synchrony Bank | PO Box 960061 | Orlando, FL 32896−0061 |
| 15112089 | Synchrony Bank | c/o of PRA Receivables Management, LLC PO Box 41021 | Norfolk, VA 23541 |
| 15111504 | Synchrony Bank/ SR | PO Box 530916 | Atlanta, GA 30353−0916 |
| 15111508 | TJX Rewards | c/o Synchrony Bank PO Box 530948 | Atlanta, GA 30353−0948 |
| 15111505 | Target Card Services | PO Box 660170 | Dallas, TX 75266−0170 |
| 15111506 | Target Card Services | PO Box 660170 | Dallas, TX 75266−0170 |
| 15111507 | The Home Depot | c/o CBNA PO Box 6497 | Sioux Falls, SD 57117 |
| 15111509 | Transworld Systems Inc. | 500 Virginia Drive, Suite 514 | Fort Washington, PA 19034 |

| | | | | |
|---|---|---|---|---|
| 15111510 | U.S. Department of the Treasury | 3700 East West Highway | Hyattsville, MD 20782 | |
| 15111511 | U.S. Department of the Treasury | Attn: Bankruptcy | 1500 Pennsylvania Avenue, Nw | Washington, DC 20220 |
| 15111513 | US Small Business Administration | 1441 L Street Nw | Washington, DC 20416 | |
| 15111512 | US Small Business Administration | 409 3rd St, SW | Washington, DC 20416 | |
| 15111514 | Walmart    c/o Synchrony Bank | PO Box 530927 | Atlanta, GA 30353–0927 | |
| 15111515 | Walmart    c/o Synchrony Bank | PO Box 530927 | Atlanta, GA 30353–0927 | |
| 15111516 | Washington Hospital | 155 Wilson Avenue | Attn: Billing | Washington, PA 15301 |
| 15111517 | Washington Hospital | PO Box 16243 | Pittsburgh, PA 15242–0243 | |
| 15111518 | Wells Fargo Bank NA | Po Box 14517 | Des Moines, IA 50306 | |
| 15111519 | Weltman Weinberg & Reis Co LPA | 436 7th Avenue | Suite 2500 | Attn: Matthew Weston Pomy, Esq.    Pittsburgh, PA 15219 |

TOTAL: 73